**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**NATASHA WALLACE,**

**Plaintiff,**

**v.** **Case No.:**

**CABINETS TO GO, LLC,**

**Defendant.**
**___________________________________/**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Natasha Wallace ("Plaintiff"), by and through undersigned counsel, herby sues Cabinets To Go, LLC ("Defendant") and in support of states as follows:

**NATURE OF ACTION**

1. This is an action for monetary damages, costs, and reasonable attorney's fees to redress Defendant's violations of Plaintiff's rights under the Florida Civil Rights Act of 1992, Fla. Stat. § 760.01 *et seq.* ("FCRA") and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction of the claims herein pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves federal questions regarding the deprivation of Plaintiff's rights under Title VII.

3. This Court has supplemental jurisdiction over Plaintiff's claims arising from the FCRA pursuant to 28 U.S.C. § 1367(a).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.

## PARTIES

5. Plaintiff is a resident of Broward County, Florida.

6. Plaintiff worked for Defendant in Palm Beach County, Florida.

7. Defendant is a Florida Limited Liability Company.

8. At all times mentioned herein, before and after, the persons responsible for perpetrating discriminatory actions against Plaintiff were agents and/or employees of Defendant and were at all times acting within the scope and course of their agency and/or employment, and/or the actions were expressly authorized by Defendant and/or their actions were ratified by Defendant, thus making Defendant liable for said actions.

9. Plaintiff is considered an "employee" within the meaning of the FCRA and Title VII.

10. Defendant is considered an "employer" within the meaning of the FCRA and Title VII.

## PROEDURAL REQUIREMENTS

11. Plaintiff timely dual-filed a charge of discrimination against Defendant with the Florida Commission on Human Relations ("FCHR") and the Equal Employment Opportunity Commission ("EEOC").

12. On December 5, 2022, the FCHR issued a Notice of Determination: Reasonable Cause letter.

13. This complaint was filed within one (1) year of receipt of the "Notice of Determination: Reasonable Cause" letter.

14. On February 23, 2023, the EEOC issued a Conciliation Failure and Notice of Rights letter.

15. This complaint was filed within ninety (90) days of receipt of the "Conciliation Failure and Notice of Rights" letter.

## STATEMENT OF FACTS

16. Plaintiff began her employment with defendant on or around June 28, 2021 as a sales and design specialist.

17. Plaintiff is black and African American.

18. Shortly after beginning employment with the Defendant, Ms. Wallace's white co-workers, Vivian (last name unknown) and Angie (last name unknown) called Ms. Wallace a "thief" for "stealing" their customers as they told her that "black people commit 80% of crimes".

19. Further, the white co-workers told Ms. Wallace that "black people don't respect the flag" and that if they (black people) don't want to respect the flag, then they (black people) could "get the hell out of America" and "go back to where we came from."

20. Ms. Wallace is a veteran of the United States Army.

21. Vivian also told Ms. Wallace that she recently had to leave a night club because of all the "ghetto black girls".

22. Ms. Wallace opposed these racist statements made by Vivian and Angie.

23. After opposing these statements, Vivian told Ms. Wallace that she was a "psycho bitch" and that she (Vivian) would shove her boots up her (Ms. Wallace) ass.

24. After being subjected to these racists remarks and physical threats, Ms. Wallace filed complaints with her Regional Manager, Benjamin Hess, and Human Resources Representative, Jill Wittler.

25. After filing these complaints, no corrective action was taken.

26. Fearing for her safety and not willing to endure the intolerable conditions created by the continuous racists and disparaging comments, Ms. Wallace's employment was constructively terminated on or around August 15, 2021.

27. Plaintiff has satisfied all conditions precedent, or they have been waived.

28. Plaintiff has retained the undersigned the undersigned attorney and agreed to pay him a fee.

## CLAIMS FOR RELIEF

### Count I – Discrimination because of race in violation of the FCRA

29. All allegations prior to Count I are reallaged and incorporated herein.

30. Plaintiff's co-workers harassed her because of her race.

31. The harassment created a hostile work environment for Plaintiff.

32. As a direct and proximate cause of the hostile work environment, Plaintiff has suffered damages and is entitled to relief set forth in the Prayer for Relief below.

### Count II – Discrimination because of race in violation of the FCRA

33. All allegations prior to Count I are reallaged and incorporated herein.

34. Plaintiff is a black and African American female.

35. Defendant treated Plaintiff differently than similarly situated non-black employees of Defendant by, *inter alia*, subjecting Plaintiff to different treatment with regard to pay, job duties, and by unlawfully terminating Plaintiff.

36. As a direct and proximate cause of Defendant's unlawful treatment of Plaintiff, including her unlawful constructive termination, Plaintiff has been damaged and is entitled to relief set forth in the Prayer for Relief below.

### Count III – Discrimination because of race in violation of Title VII

37. All allegations prior to Count I are reallaged and incorporated herein.

38. Plaintiff's co-workers harassed her because of her race.

39. The harassment created a hostile work environment for Plaintiff.

40. As a direct and proximate cause of the hostile work environment, Plaintiff has suffered damages and is entitled to relief set forth in the Prayer for Relief below.

**Count IV – Discrimination because of sex in violation of Title VII**

41. All allegations prior to Count I are reallaged and incorporated herein.

42. Plaintiff is a black and African American female.

43. Defendant treated Plaintiff differently than similarly situated non-black employees of Defendant by, *inter alia*, subjecting Plaintiff to different treatment with regard to pay, job duties, and by unlawfully terminating Plaintiff.

44. As a direct and proximate cause of Defendant's unlawful treatment of Plaintiff, including her unlawful constructive termination, Plaintiff has been damaged and is entitled to relief set forth in the Prayer for Relief below.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

(a) That process issue and that this Court take jurisdiction over the case;

(b) Judgement against Defendant in the amount of Plaintiff's back wages and back benefits, front-pay, compensatory damages, including emotional distress damages, in an amount to be proved at trial, liquidated damages, punitive damages, declaratory relief, injunctive relief and prejudgment interest thereon;

(c) All costs and reasonable attorney's fees in litigating this matter (including expert fees); and

(d) For such further relief as this Court deems just and equitable.

**JURY DEMAND**

Plaintiff hereby requests a trial by jury on all triable issues herein.

Respectfully submitted this 24th day of May, 2023 by:

/s/ Jason B. Woodside
Jason B. Woodside, Esq.
FL Bar No. 104848
Woodside Law, P.A.
100 South Ashley Drive
Suite 600
Tampa, FL 33602
T: (813) 606-4872
F: (813) 333-9845
Email: Jason@woodsidelawpa.com
*Attorney for Plaintiff*